**Order filed May 11, 2016**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-16-00156-CV
_____

### In the Interest of J.P.T, L.P.T., and D.P., Children

On Appeal from the 314th District Court
Harris County, Texas
Trial Court Cause No. 2014-05201J

## ORDER

This is an accelerated appeal from a judgment in a suit in which the termination of the parent-child relationship is at issue. Appellant **Casey Potts**' brief was due **April 1, 2016**. No brief or motion for extension has been filed.

Appeals in parental termination cases and child protection cases are to be brought to final disposition within 180 days of the date the notice of appeal is filed. *See* Tex. R. Jud. Admin. 6.2(a) (effective May 1, 2012). This accelerated schedule requires greater compliance with briefing deadlines.

Therefore, we order Potts' appointed counsel, **Stephen Pierce**, to file appellant's brief no later than **May 23, 2016.** If the brief is not filed by that date,

counsel may be required to show cause why he should not be held in contempt of court. In addition, the court may require appointment of new counsel due to the failure to timely file appellant's brief.


PER CURIAM